| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Harold Kenneth Braham** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7475** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Patricia Alicia Braham** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–1625** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Michigan** | Date case filed in chapter **13**  **10/18/12** |
| Case number: | **12–34169–dof** | Date case converted to chapter **7**  **4/5/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Harold Kenneth Braham | Patricia Alicia Braham |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4514 Esta Dr. <br> Flint, MI 48506 | 4514 Esta Dr. <br> Flint, MI 48506 |
| 4. | **Debtor's attorney** <br> Name and address | James P. Frego II <br> Frego & Assc.–The Bankruptcy Law Office <br> 23843 Joy Road <br> Dearborn Heights, MI 48127 | Contact phone: (313) 724–5088 |
| 5. | **Bankruptcy trustee** <br> Name and address | Collene K. Corcoran <br> P.O. Box 535 <br> Oxford, MI 48371 | Contact phone: 248–969–9300 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Harold Kenneth Braham** and **Patricia Alicia Braham**    Case number **12–34169–dof**

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at www.pacer.gov. | **Address of the Bankruptcy Clerk's Office:** <br>226 West Second Street <br>Flint, MI 48502 <br><br>Contact phone: 810–235–4126 | **For the Court:** <br>Clerk of the Bankruptcy Court: <br>Katherine B. Gullo <br><br>Hours open: <br>8:30am–4:00pm Monday–Friday <br><br>Date: 4/5/16 |
|---|---|---|
| 7. **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2016 at 11:00 AM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br>**600 Church Street, Room G–19, Federal Building, Flint, MI 48502** |
| 8. **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/22/16** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

```
                                United States Bankruptcy Court
                                 Eastern District of Michigan
In re:                                                                  Case No. 12-34169-dof
Harold Kenneth Braham                                                   Chapter 7
Patricia Alicia Braham
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0645-4          User: lmoss                  Page 1 of 2                  Date Rcvd: Apr 05, 2016
                              Form ID: 309A                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2016.
db/jdb         +Harold Kenneth Braham,    Patricia Alicia Braham,   4514 Esta Dr.,   Flint, MI 48506-1454
aty            +Toni Valchanov,    Frego & Associates,   23843 Joy Road,   Dearborn Heights, MI 48127-1480
21831469       +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
21557295      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    PO BOX 182676,   Columbus OH 43218)
23945773       +Caliber Home Loans, Inc.,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
21601392        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
21609032       +GENESEE COUNTY TREASURER,    1101 BEACH ST,   FLINT,   MI 48502-1417
21557303        One Main Financial,    G-4205 Miller Ste C-2,   Flint MI 48507
21667486        OneMainFinancialServices,Inc asfCitiFinancial, Inc,    P.O. Box 6042,
                 Sioux Falls, SD 57117-6042
21557308       +Sunoco Mastercard,    PO Box 688915,   Des Moines IA 50368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: fregolaw@aol.com Apr 05 2016 22:35:52      James P. Frego, II,
                 Frego & Assc.-The Bankruptcy Law Office,   23843 Joy Road,   Dearborn Heights, MI 48127
tr             +EDI: FCKCORCORAN.COM Apr 05 2016 22:33:00      Collene K. Corcoran,   P.O. Box 535,
                 Oxford, MI 48371-0535
21557285       +EDI: CHASE.COM Apr 05 2016 22:33:00      BP Chase Card Member Service,   Card Member Service,
                 PO BOX 94014,   Palatine IL 60094-4014
21557283        EDI: BANKAMER.COM Apr 05 2016 22:33:00      Bank of America,   P.O. Box 15019,
                 Wilmington DE 19886-5019
21557284       +EDI: HFC.COM Apr 05 2016 22:33:00      Best Buy,   HSBC Retail Services,   PO BOX 5238,
                 Carol Stream IL 60197-5238
21557289        E-mail/Text: atrujillo@cityofflint.com Apr 05 2016 22:37:26      City of Flint Treasurer,
                 PO Box 2056,   Flint MI 48501
21803173        E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com Apr 05 2016 22:37:31      COMCAST,
                 41112 Concept Dr.,   Plymouth, MI,   48170
21557290        E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Apr 05 2016 22:37:33      Comcast Cable,
                 P.O. Box 3006,   Southeastern MI 19398-3006
21557286        EDI: CAPITALONE.COM Apr 05 2016 22:33:00      Capital One,   P.O. Box 70884,
                 Charlotte NC 28272-0884
21597383       +EDI: BASSASSOC.COM Apr 05 2016 22:33:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, Az 85712-1083
21557287        EDI: CHASE.COM Apr 05 2016 22:33:00      Chase Card Member Service,   P.O. Box 94014,
                 Palatine IL 60094-4014
21771636       +E-mail/Text: bncmail@w-legal.com Apr 05 2016 22:37:05      Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
21557288        EDI: CITICORP.COM Apr 05 2016 22:33:00      Citicards,   P.O. Box 6403,
                 The Lakes NV 88901-9403
21557291        EDI: RCSFNBMARIN.COM Apr 05 2016 22:33:00      Credit One Bank,   P.O. Box 60500,
                 City Of Industry CA 91716-0500
21557292        EDI: DISCOVER.COM Apr 05 2016 22:33:00      Discover,   P.O. Box 3025,
                 New Albany OH 43054-3025
21569842        EDI: DISCOVER.COM Apr 05 2016 22:33:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
21557293       +EDI: JEFFERSONCAP.COM Apr 05 2016 22:33:00      Emerge/Aspire,   PO BOX 790189,
                 Saint Louis MO 63179-0189
21557294       +EDI: WFNNB.COM Apr 05 2016 22:33:00      Fashion Bug,   PO BOX 659728,
                 San Antonio TX 78265-9728
21579798        EDI: RMSC.COM Apr 05 2016 22:33:00      GE Capital Retail Bank,   Attn: Bankruptcy Department,
                 PO Box 960061,   Orlando FL 32896-0661
21601815        EDI: RMSC.COM Apr 05 2016 22:33:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21557297       +EDI: HFC.COM Apr 05 2016 22:33:00      HSBC GM Flex-Card,   Dept 9600,
                 Carol Stream IL 60128-0001
21557298       +EDI: HFC.COM Apr 05 2016 22:33:00      HSBC Mortgage Companpy,   P.O. Box 5249,
                 Carol Stream IL 60197-5249
21557299       +EDI: HFC.COM Apr 05 2016 22:33:00      HSBC Mortgage Service,   P.O. Box 5249,
                 Carol Stream IL 60197-5249
21729713       +EDI: HFC.COM Apr 05 2016 22:33:00      HSBC Mortgage Services Inc,   PO Box 21188,
                 Eagan, MN 55121-0188
21557296       +EDI: HFC.COM Apr 05 2016 22:33:00      Household Bank,   P.O. Box 5222,
                 Carol Stream IL 60197-5222
21557300        EDI: RMSC.COM Apr 05 2016 22:33:00      JC Penney,   P.O. Box 981402,   El Paso TX 79998-1402
21740604        EDI: JEFFERSONCAP.COM Apr 05 2016 22:33:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
21657088        EDI: RESURGENT.COM Apr 05 2016 22:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
21557301       +EDI: RMSC.COM Apr 05 2016 22:33:00      Lowes/GEMB,   P.O. Box 981400,   El Paso TX 79998-1400
21557302       +EDI: RMSC.COM Apr 05 2016 22:33:00      Meijers/GEMB,   P.O. Box 960015,   Orlando FL 32896-0015
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21773870       +EDI: OPHSUBSID.COM Apr 05 2016 22:33:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21808974        EDI: PRA.COM Apr 05 2016 22:33:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk VA 23541
22045479       +EDI: PRA.COM Apr 05 2016 22:33:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
21557304       +EDI: RMSC.COM Apr 05 2016 22:33:00      Pearle Vision,   GE Capital Retail,    PO BOX 960061,
                 Orlando FL 32896-0061
21696032        EDI: Q3G.COM Apr 05 2016 22:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
21730824        EDI: Q3G.COM Apr 05 2016 22:33:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
21557305        EDI: RMSC.COM Apr 05 2016 22:33:00      Sams Club/GEMB,    PO Box 530942,    Atlanta GA 30353-0942
21557306       +EDI: SEARS.COM Apr 05 2016 22:33:00      Sears Credit Cards,   P.O. Box 183082,
                 Columbus OH 43218-3082
21557307       +EDI: CHASE.COM Apr 05 2016 22:33:00      Slate (Chase),   PO BOX 94014,    Palatine IL 60094-4014
21557282       +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Apr 05 2016 22:36:25      U.S. Trustee,
                 211 W. Fort Street,   Suite 700,   Detroit MI 48226-3263
22858578       +EDI: BASSASSOC.COM Apr 05 2016 22:33:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                              TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24058550*      +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
21770559*      +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2016 at the address(es) listed below:
              Athena J. Aitas    on behalf of Creditor    U.S. Bank Trust, N.A. easternecf@trottlaw.com
              Carl  Bekofske     ECF@flint13.com,   ECFII@flint13.com
              Carrie  O'Reilly    on behalf of Plaintiff Harold Kenneth Braham carrie.oreilly23@gmail.com
              Carrie  O'Reilly    on behalf of Plaintiff Patricia Alicia Braham carrie.oreilly23@gmail.com
              Collene K. Corcoran     trusteecorcoran@gmail.com,    ckc@trustesolutions.net
              Elizabeth  Kanous    on behalf of Creditor    HSBC Mortgage Services, Inc.
               bknotices-edm@potestivolaw.com
              Heather D. McGivern    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Heather D. McGivern    on behalf of Creditor    Caliber Home Loans, Inc. as servicing agent for
               U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              James P. Frego, II    on behalf of Debtor Harold Kenneth Braham fregolaw@aol.com
              James P. Frego, II    on behalf of Joint Debtor Patricia Alicia Braham fregolaw@aol.com
              Kenneth A. VanNorwick    on behalf of Creditor    HSBC Mortgage Services, Inc.
               Bknotices-edm@potestivolaw.com
              Toni  Valchanov    on behalf of Debtor Harold Kenneth Braham Fregolaw@aol.com
              Toni  Valchanov    on behalf of Joint Debtor Patricia Alicia Braham Fregolaw@aol.com
                                                                                               TOTAL: 13
```